UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NASSER BARBOUR
         Plaintiff,

v.

ERIC H. HOLDER, JR., Attorney General of the United States, JANET NAPOLITANO, Secretary for Department of Homeland Security, THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"), EMILIO GONZOLES, JR., USCIS director, and JOHN THOMPSON, USCIS Newark, New Jersey Director,

         Defendants.

Civ. Action No. 09-3062 (KSH)

ORDER

**KATHARINE S. HAYDEN, U.S.D.J.**

For the reasons articulated in the Opinion filed herewith, and good cause appearing,

It is on this 28th day of June, 2010, hereby

**ORDERED** that the motion to dismiss for lack of subject matter jurisdiction [D.E. 12] filed by defendants, Eric H. Holder, Janet Napolitano, The United States Citizenship and Immigration Services ("USCIS"), Emilio Gonzales, Jr., and John Thompson, is **granted**, and the complaint [D.E. 1] filed by plaintiff Nasser Barbour is denied.  The Clerk of the Court is directed to close the case.

         /s/Katharine S. Hayden
         Katharine S. Hayden, U.S.D.J.